COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Barbara Lampley v. D'Nisha Sterling

Appellate case number:     01-22-00549-CV

Trial court case number:    18-DCV-248776

Trial court:                        400th District Court of Fort Bend County

On October 27, 2022, we abated this case for the trial court to determine whether the appellate record was complete. During a hearing on November 21, 2022, the trial court determined that the appellate record was complete. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Appellant's "Motion for a Hearing" filed in this Court on October 27, 2022 is **denied** as moot.

It is so ORDERED.

Judge's signature:_____/s/ Sherry Radack_____
                    ☑ Acting individually     ☐ Acting for the Court

Date:    December 6, 2022_____